AVANTI LAW GROUP, PLLC
ATTORNEYS. COUNSELORS. LITIGATORS.

Antonio Salazar <asalazar@avantilaw.com>

# Fwd: Proposal

**Robert Anthony Alvarez** <ralvarez@avantilaw.com> Wed, Nov 4, 2026 at 11:34 AM
To: Antonio Salazar <asalazar@avantilaw.com>

Robert Anthony Alvarez, Sr.
Founding Member , Avanti Law Group PLLC

photo Phone (616) 257-6807
Mobile (616) 886-1125
Email ralvarez@avantilaw.com
Address WYOMING: 600 28th St. SW

Attorneys. Counselors. Litigators.

---------- Forwarded message ---------
From: **Todd Stuart** <tstuart@sbslawplc.com>
Date: Tue, Nov 3, 2026, 1:43 PM
Subject: Proposal
To: Robert Anthony Alvarez <ralvarez@avantilaw.com>, John Burns <jburns@sbslawplc.com>

Robert,

In an effort to resolve the outstanding discovery dispute without motion practice, Defendants propose retaining Brandon Fannon of Axios—whom I believe is well known to the parties and the Court—at Defendants' expense to conduct an ESI review so your clients can have independent confirmation that Defendants' discovery responses are complete.

As a starting point, the proposed categories for review are:

1. Defendants' cell phones (texts and call logs);
2. Email accounts;
3. Accounting and bookkeeping records;
4. 1099, payment, and payroll records.

These categories are a proposal only. We would need to agree on the final scope, date range, and search terms before the review begins so that the review stays proportional to the case's needs. Should the review identify any additional responsive information, Defendants would of course supplement under Rule 26(e).

This proposal is made solely to resolve the current discovery dispute and does not waive any of Defendants' objections or concede the relevance or proportionality of any request.

If your client is open to this approach, please feel free to call me or John this week to discuss.

Todd

--

SBS LAW/PLC

**Todd A. Stuart**

Attorney and Chair of Business and Litigation

234 Division Ave N., Suite 400
Grand Rapids, MI 49503
O: (616) 300-5906
tstuart@sbslawplc.com | sbslawplc.com

**CONFIDENTIALITY NOTICE**: This e-mail message and any attachments are governed by the United States Electronic Communications Privacy Act, 18 USC 2510-2521 and is confidential, may be attorney-client privilege, may constitute inside information, and are only for the viewing and the use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited, therefore, please do not read, disclose, copy, or distribute this message or any attachment. If you have received this message by mistake, please contact the sender immediately by return email and promptly delete this message and any attachments from your computer system. We are not waiving our confidentiality rights by sending this message. Neither this email nor its attachment(s) establish an attorney-client relationship, constitute an electronic signature or provide consent to contract electronically unless expressly so stated by a SBS Law, PLC attorney in the body of this email or an attachment.