**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JOSE J. MAGANA GARCIA *et al.*,<br>*Plaintiffs,*<br>*v.*<br>WEST MICHIGAN HOPYARDS LLC *et al.*,<br>*Defendants.* | **Case No. 1:24-CV-01179-PJG**<br>Hon. Phillip J. Green |

**DECLARATION OF MICHAEL J. HARRIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS, PRECLUSION, AND OTHER RELIEF (ECF NO. 71)**

I, Michael J. Harris, hereby swear or affirm as follows:

1. I am an attorney at law in the State of New York, where I am a member in good standing of the bar, as well as an attorney duly admitted to practice before this Court.

2. I submit this declaration based upon my personal knowledge, information, and belief.

3. Attached as Exhibit 1 is a true and correct copy of an excerpt of the transcript of the deposition of Jason Jaekel (Vol. 1), taken in the above-captioned action on October 13, 2026.

4. Attached as Exhibit 2 is a true and correct copy of an excerpt of the transcript of the deposition of Bryan Posthumus (Vol. 1), taken in the above-captioned action on October 12, 2026.

5. Attached as Exhibit 3 is a true and correct copy of an excerpt of the transcript of the deposition of Bryan Posthumus (Vol. 2), taken in the above-captioned action on October 13, 2026.

6. Attached as Exhibit 4 is a true and correct copy of an excerpt of the transcript of the deposition of Ben Gunter, taken in the above-captioned action on October 27, 2026.

7. Attached as Exhibit 5 is a true and correct copy of the Declaration of Jason Jaekel, executed on November 5, 2026.

8. Attached as Exhibit 6 is a true and correct copy of the Declaration of Bryan Posthumus, executed on November 5, 2026.

9. Attached as Exhibit 7 is a true and correct copy of the Declaration of John C. Burns, Esq., executed on November 5, 2026.

10. Attached as Exhibit 8 is a true and correct copy of an excerpt of the transcript of the deposition of Bryan Posthumus (Vol. 3), taken in the above-captioned action on November 6, 2026.

11. Attached as Exhibit 9 is a true and correct copy of an excerpt of the transcript of the deposition of Jason Jaekel (Vol. 2), taken in the above-captioned action on November 6, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Queens, New York

Dated: November 12, 2026

Michael James Harris

Michael J. Harris