UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | | | |
|---|---|---|---|
| **Case No:** 1:24-cv-01179-PJG | | | |
| **Caption:** Magana Garcia v. West Michigan Hopyards, LLC, et al. | | | |
| **Date:** November 17, 2026 | **Time:** 1:30 – 2:34 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Juan Antonio Salazar-Aguero, Robert Anthony Alvarez, Sr. | Jose J. Magana Garcia |
| **DEFENDANTS:** | Jonathon C. Burns | West Michigan Hopyards, LLC, Jason Jaekel, Bryan Posthumus |

## PROCEEDINGS

**NATURE OF HEARING:**

**EARLY SETTLEMENT CONFERENCE held.**

**The parties did not reach a settlement of the case.**

Proceedings Not Digitally Recorded

Deputy Clerk: K. Belanger