UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE J. MAGANA GARCIA,

Plaintiff, Case No. 1:24−cv−01179−PJG

v. Hon. Phillip J. Green

WEST MICHIGAN HOPYARDS, LLC, et al.,

Defendants.
________________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Attorney Fees − #<br>Motion for Reconsideration − #63<br>Motion for Sanctions − #71<br>Motion for Order to Show Cause − #77 |
| Date/Time: | December 14, 2026 02:00 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated: November 24, 2026 By: /s/ Jessica K. Wright
Judicial Assistant